944

No. 91–7089. FRANZEN v. WRIGHT ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7098. SULLY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–7101. MONTGOMERY v. UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7102. THOMASON v. UNITED STATES STEEL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7104. MOISTER v. FIRST NATIONAL BANK OF ATLANTA. C. A. 11th Cir. Certiorari denied.

No. 91–7111. SMITH v. LYNAUGH ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–7115. HARDING v. REDMAN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 91–7118. BACCHUS v. POSTMAN. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 91–7120. SCOTT v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 91–7123. SIMMONS v. BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7130. STARKS v. MCMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7132. IDZIAK v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 91–7133. HENRY v. COLLINS, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–7134. HOWARD v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7136. IN RE JESSE. Sup. Ct. Mo. Certiorari denied.